*8 Buch.*                    McNulty *v.* McCarthy.

---

JOHN R. McNULTY, respondent,

*v.*

EUGENE J. McCARTHY et al., appellants.

[Argued March 15th, 1911.   Decided June 19th, 1911.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Stevenson, whose opinion is reported *ante p. 365.*

*Mr. Edward J. Luce,* for the appellants.

*Mr. Charles H. Hartshorne,* for the respondent.

PER CURIAM.

The decree appealed from is affirmed for the reasons stated in the opinion of Vice-Chancellor Stevenson.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, VOORHEES, MINTURN, BOGERT, VREDENBURGH, CONGDON, SULLIVAN—12.

*For reversal*—None.